~~LAW OFFICES OF BILL LATOUR~~
~~BILL LATOUR [CSBN: 169758]~~
~~1420 E. Cooley Dr., Suite 100~~
~~Colton, California 92324~~
~~Telephone: (909) 796-4560~~
~~Facsimile: (909) 796-3402~~
~~E-Mail: bill.latour@verizon.net~~

~~Attorney for Plaintiff~~

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARLANCE DION DANIELS, | No. EDCV 13 - 01135 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATE: July 28, 2014

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-